**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN AVILES, | ) Case No. CV 15-9237-AG (JPR) |
| Petitioner, | ) |
| | ) ORDER SUMMARILY DISMISSING HABEAS |
| v. | ) PETITION AND ADMINISTRATIVELY |
| | ) CLOSING CASE |
| LONG BEACH CITY MUNICIPAL COURT, | ) |
| Respondent. | ) |

    On November 30, 2015, Petitioner filed an unintelligible document using a form for motions under 28 U.S.C. § 2255; the Court has construed it as a petition for writ of habeas corpus by a person in state custody. Petitioner at various times claims to be "Justice Dean H. Powers, AUSAG for Dean Aviles" (see, e.g., Pet. at 1),[1] and he professes to sue the "Inferior Court of Long Beach" (see id.). He raises no claims (see id. at 4-5) — indeed, much of the form has not been filled out. In the portion of the form asking the "nature of the offense or offenses for which you

---

[1] Because the Petition includes unnumbered attachments and repeats several pages, the Court has used the pagination provided by its official Case Management/Electronic Case Filing system.

1

were convicted," he writes:

> Failure to appear, or failure to plead guilty, as the inferior courts of California are in the business of incriminating indigents and illegal aliens. Be it known and for the records, I Justice Dean Himbler Aviles Powers, AUSAG [Assistant United States Attorney General] remind all the actors in fact and guilty of all counter claims against a United States government official, they are non-profit organizations as 503 C etc, corps, not actual real governments.

(Id. at 7.)

He lists the sentencing judge as "Community in mass." (Id.) He attaches to the Petition what appears to be a falsified notice or order allegedly issued by the Clerk of the U.S. District Court, addressed to the "Inferior court of Long Beach City Municipal Court" and pertaining to "All Family Law orders granting Sole physical and joint Legal Custody of Children to Dean Himbler Aviles filed 10.28.2013," among other things. (Id. at 8.) It states that "The U.S. Federal Court Orders effective immediately THE SOLE PHYSICAL CUSTODY OF Children Granted to Justice Dean H. Powers, U.S. Trustee." (Id.)

Rule 4 of the Rules Governing Habeas Corpus Cases states that a district judge "must dismiss" a petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief." See also C.D. Cal. R. 72-3.2 (providing for magistrate judges to prepare summary-dismissal orders for district judges' signature). Summary dismissal is appropriate when the petition is "patently frivolous or false."

Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) (citing Blackledge v. Allison, 431 U.S. 63, 76 (1977)).

The Petition is patently frivolous and false. It is largely unintelligible, and it appears to rely in part on an obviously false alleged district-court order or notice. Further, the Petition raises no claims.

Accordingly, the Petition is DISMISSED. The Clerk is directed to administratively close this case.

DATED: December 17, 2015

ANDREW GUILFORD
U.S. DISTRICT JUDGE

Presented by:

Jean Rosenbluth
U.S. Magistrate Judge