**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN AVILES,<br><br>        Petitioner,<br><br>     v.<br><br>LONG BEACH CITY MUNICIPAL COURT,<br><br>        Respondent. | Case No. CV 15-9237-AG (JPR)<br><br><br><br>**J U D G M E N T** |

Under the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 17, 2015

ANDREW GUILFORD
U.S. DISTRICT JUDGE